NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10318 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00255-JCM |
| v. | |
| LEE MITCHELL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted March 8, 2011[**]

Before:     FARRIS, LEAVY, and BYBEE, Circuit Judges.

Lee Mitchell appeals from the 84-month sentence imposed following his

guilty-plea conviction for being a felon in possession of a firearm, in violation of

18 U.S.C. § 922(g)(1). We dismiss Mitchell's appeal.

Mitchell contends that the district court erred in calculating the Guidelines

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

range by applying the 4-level enhancement under U.S.S.G. §2K2.1(b)(6) for use of a firearm in connection with another felony offense.  We are precluded from reaching the merits of Mitchell's claim by a valid appeal waiver.  *See United States v. Nunez*, 223 F.3d 956, 958-59 (9th Cir. 2000).

**DISMISSED.**